No. 248, Misc.  ALLOCCO *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.  Petitioner *pro se.  Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 256, Misc.  LEO *v.* RANDOLPH, WARDEN.  Circuit Court of Randolph County, Illinois.  Certiorari denied.

No. 257, Misc.  SCOTT *v.* NASH, WARDEN.  Supreme Court of Missouri.  Certiorari denied.

No. 260, Misc.  TRUMBLAY *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.  Petitioner *pro se.  Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 261, Misc.  JONES *v.* CUMMINGS, WARDEN.  Superior Court of Hartford County, Connecticut.  Certiorari denied.

No. 262, Misc.  BAKER *v.* MISSOURI.  St. Louis Court of Appeals, Missouri.  Certiorari denied.

No. 263, Misc.  MEEKS *v.* LAINSON, WARDEN.  C. A. 8th Cir.  Certiorari denied.

No. 264, Misc.  BURKE *v.* NEW YORK.  Court of Appeals of New York.  Certiorari denied.  *Maurice Edelbaum* for petitioner.  *Frank S. Hogan* and *Charles W. Manning* for respondent.

No. 267, Misc.  SMITH *v.* ILLINOIS.  Circuit Court of Edgar County, Illinois.  Certiorari denied.